UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KELLIE DUBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:17-cv-00084-RLY-MPB |
| | ) |
| FARM CREDIT MID-AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Come now the Parties, by their respective counsel, having filed their Stipulation of Dismissal, and the Court, being duly advised, hereby finds that the Parties' Stipulation of Dismissal should be granted. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each side shall bear his/her/its own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: __1/31/2018__

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Distribution to all counsel of record via CM/ECF